UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-1428

DEREK JARVIS; SHIRLEY J. PITTMAN,

Plaintiffs - Appellants,

v.

GRADY MANAGEMENT, INCORPORATED; DUFFIE, INCORPORATED; APRIL
LANE JOINT VENTURES; MONTGOMERY COUNTY GOVERNMENT/MONTGOMERY
COUNTY EXECUTIVE; MONTGOMERY COUNTY HOUSING AND COMMUNITY
AFFAIRS OFFICE; MONTGOMERY COUNTY ATTORNEY'S OFFICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:09-cv-00280-PJM)

Submitted: June 18, 2009                Decided: June 23, 2009

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Derek Jarvis, Shirley J. Pittman, Appellants Pro Se. John
Benjamin Raftery, DECKELBAUM, OGENS & RAFTERY, CHARTERED,
Bethesda, Maryland; Edward Barry Lattner, COUNTY ATTORNEY'S
OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Appellants Derek Jarvis and Shirley J. Pittman seek to appeal the district court's order entered on April 8, 2009. The order granted various Defendants' motions to stay discovery and motions for a more definite statement, and denied Plaintiffs' motion to order Defendants to file all documents and to refile and rescan documents. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Appellants seek to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we grant Appellants' motion to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED